UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-10464-SVW | Date | December 1, 2020 |
|---|---|---|---|
| Title | *Gastrom v 3M Company et al.* | | |

| Present: The Honorable | STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**     IN CHAMBERS ORDER REMANDING CASE TO STATE COURT

    Pursuant to the parties' stipulation, Dkt. 13, the Court hereby REMANDS this action to Los Angeles Superior Court.

    IT IS SO ORDERED.

                                                                                                            :

Initials of Preparer